# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FEGAN, | Case No. 1:14-cv-01022-AWI-SMS  HC |
| Petitioner, | ORDER DIRECTING CLERK OF COURT TO AMEND CAPTION |
| v. | |
| BRASELTON, | |
| Respondent. | |

Scott Frauenheim, the warden of Pleasant Valley State Prison, has advised the Court that the caption in this matter incorrectly names Braselton as Respondent.  Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Scott Frauenheim, the current warden of the Pleasant Valley State Prison, as Respondent.

IT IS SO ORDERED.

Dated:   **December 10, 2014**             **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE

1