# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE FEGAN,<br><br>          Petitioner,<br><br>     v.<br><br>SCOTT FRAUENHEIM,<br><br>          Respondent. | Case No. 1:14-CV-01022-AWI-SMS HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT THE COURT DENY PETITIONER'S REQUEST FOR A CERTIFICATE OF APPEALABILITY<br><br>(Docs. 26, 27, 28, and 29) |

Petitioner Steve Fegan is a state prisoner serving a sentence of life without possibility of parole plus fourteen years following his December 13, 1995 conviction for violating California Penal Code §§ 187, 190.2, and 459 (murder with special circumstances and burglary).  On February 12, 2015, the Court dismissed Petitioner's successive petition for habeas corpus since Petitioner had failed to secure leave to file it from the U.S. Court of Appeals for the Ninth Circuit.  Thereafter, Petitioner requested the Court's issuance of a certificate of appealability.

The matter was referred to United States Magistrate Judge Sandra M. Snyder pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.  On March 4, 2015, the Magistrate Judge filed findings and recommendations recommending that the Court deny Petitioner's request.

The Clerk of Court served the Petitioner with the findings and recommendations, which provided that he could object within fifteen (15) days.  Petitioner filed a timely statement of objections on March 12, 2015, but provided no substantive support for his objections.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the case *de novo*. Having carefully reviewed the entire file and applicable law, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court hereby adopts the findings and recommendations filed March 4, 2015, and DENIES Petitioner's motion for a certificate of appealability.

IT IS SO ORDERED.

Dated: March 18, 2015
SENIOR DISTRICT JUDGE